UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jeff J. Hamann, an unmarried man,<br><br>             Plaintiff,<br><br>     vs.<br><br>Earthlink Long Term Disability Plan, and Earthlink, a plan administrator; Unum Life Insurance Company of America (an ERISA Plan fiduciary),<br><br>             Defendants. | Case No.  2:16-cv-00723-SRB<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to a stipulation between the parties and good cause appearing,

IT IS ORDERED dismissing this lawsuit with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 20th day of September, 2016.

_____
Susan R. Bolton
United States District Judge